IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DALE BARTA, | |
|---|---|
| Plaintiff, | 8:16-CV-242 |
| vs. | |
| TAMI YEOMANS, et al., | NOTICE |
| Defendants. | |

The Court is in receipt of the plaintiff's recently filed statement (filing 41). Because the plaintiff's filing is not recognized by the Federal Rules of Civil Procedure, it will not be acted upon by the Court.

The plaintiff's filing is not, for instance, a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e): it does not assert manifest errors of law or fact or present newly discovered evidence, *see United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 934 (8th Cir. 2006), nor was it filed within 28 days of the judgment. Nor does it assert grounds for relief cognizable under Fed. R. Civ. P. 60(b). *See Freeman v. Wyeth*, 764 F.3d 806, 809 (8th Cir. 2014). And it neither purports to be a notice of appeal, nor was it filed within 30 days of the judgment. *See* Fed. R. App. P. 4(a)(1)(A).

In sum: this case is closed, and the plaintiff's statement does not require action by the Court.

Dated this 13th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge